**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Central District of California

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Broncs, Inc. |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____<br>_____ |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 20-4545428 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 12691 Pala Drive | _____ |
| Number        Street | Number        Street |
| _____ | _____ |
| | P.O. Box |
| Garden Grove        CA      92841 | _____ |
| City                State      ZIP Code | City                State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Orange County | _____ |
| County | Number        Street |
| | _____ |
| | _____ |
| | City                State      ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | _____ |

| | |
|---|---|
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Broncs, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

313240

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                                MM / DD / YYYY

     District _____ When _____ Case number _____
                                                MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor Codi Sheridan, Inc.      Relationship Affiliate

     District Central District of California      When 03/17/2019
                                                       MM / DD / YYYY

     Case number, if known _____

| Debtor | Broncs, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Broncs, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/17/2019
MM / DD / YYYY

X _____   Joel Chun
Signature of authorized representative of debtor    Printed name

Title  President and CEO

**18. Signature of attorney**

X _____   Date 03/17/2019
Signature of attorney for debtor    MM / DD / YYYY

Derrick Talerico
Printed name
ZOLKIN TALERICO LLP
Firm name
12121 Wilshire Blvd Suite 1120
Number    Street
Los Angeles    CA    90025
City    State    ZIP Code
(424) 500-8552    dtalerico@ztlegal.com
Contact phone    Email address

223763    CA
Bar number    State

Broncs, Inc.

Debtor _____    Case number *(if known)*_____
First Name      Middle Name      Last Name

## **Continuation Sheet for Official Form 201**

**10) Pending Bankruptcies**

**WesCoast Textiles,   Inc.**     **Central District of California**          **03/17/2019**          **Affiliate**

# RESOLUTION OF BOARD OF DIRECTORS

## OF

## <u>BRONCS, INC.</u>

The undersigned, the sole member of the board of directors of Broncs, Inc. (the "Board"), having convened a meeting of the Board on March 17, 2019, considered and adopted the following resolution:

**WHEREAS**, it is in the best interests of Broncs, Inc. ("Broncs") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be it Therefore Resolved, that Joel Chun, President and CEO of Broncs, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of Broncs; and

Be it Further Resolved, that Joel Chun, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform any and all acts and to execute and deliver all necessary documents on behalf of the corporation in connection with said bankruptcy proceedings.

**WHEREAS**, it is in the best interests of Broncs to: (1) retain a financial advisor to assist Broncs in preparing for a Chapter 11 filing and provide other financial advisory services as may be required by Broncs; (2) retain Zolkin Talerico LLP to prepare Broncs for a Chapter 11 filing and to represent Broncs in said bankruptcy proceeding; and (3) retain a claims and noticing agent to facilitate bankruptcy administration.

Be it Therefore Resolved, that Joel Chun, President and CEO of Broncs, is (1) authorized to retain Force Ten Partners, LLC, to provide to Broncs the financial advisory services and other services as further detailed in the Force Ten engagement letter; (2) authorized to retain Zolkin Talerico LLP as bankruptcy counsel, as further detailed in the Zolkin Talerico LLP engagement letter; and (3) retain Donlin Recano to provide claims, noticing, and other services as further detailed in the Donlin Recano engagement letter.

Date: March 17, 2019                           Signed:

                                               Joel Chun

**Fill in this information to identify the case:**

**Debtor name:** Broncs, Inc.

**United States Bankruptcy Court for the:** Central District of California

**Case number (if known):** _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders, on a Consolidated Basis          12/15

A list of creditors holding the 20 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. **Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 Largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | LIBERTY PROPERTY TRUST 650 EAST SWEDESFORD ROAD SUITE 400 WAYNE PA 19087 | Tel: 626-629-6555 | TRADE PAYABLES | ☐ C ☐ U ☐ D | | | $634,832.01 |
| 2 | PACIFIC SOURCING GROUP 5717 FERGUSON DRIVE COMMERCE CA 90022 | Tel: 323-582-8111 X 244 Fax: 323-582-9111 | TRADE PAYABLES | ☐ C ☐ U ☐ D | | | $440,788.29 |
| 3 | SOCALGAS P.O. BOX C MONTEREY PARK CA 91756-5111 | Tel: 800-232-6629 | TRADE PAYABLES | ☐ C ☐ U ☐ D | | | $307,522.11 |
| 4 | CITY OF GARDEN GROVE PO BOX 3070 GARDEN GROVE CA 9284-3070 | | TRADE PAYABLES | ☐ C ☐ U ☐ D | | | $205,844.41 |
| 5 | NEMAN BROTHERS & ASSOCIATES INC. 1525 S. BROADWAY ST LOS ANGELES CA 90015 | Tel: 213-765-0100 Fax: 213-765-0220 | TRADE PAYABLES | ☐ C ☐ U ☐ D | | | $154,539.40 |
| 6 | ORANGE COUNTY SANITATION DISTRICT 10844 ELLIS AVE. FOUNTAIN VALLEY CA 9270 | | TRADE PAYABLES | ☐ C ☐ U ☐ D | | | $126,542.07 |
| 7 | SOUTHERN CALIFORNIA EDISON PO BOX 300 ROSEMEAD CA 91772 | Tel: 800-990-7788 | TRADE PAYABLES | ☐ C ☐ U ☐ D | | | $112,442.95 |
| 8 | FRONTIER SPINNING MILLS P.O. BOX 533010 ATLANTA GA 30353 | | TRADE PAYABLES | ☐ C ☐ U ☐ D | | | $103,067.60 |

Debtor   **Broncs, Inc.**                                         Case number *(if known)* _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | LIBERTY MUTUAL INSURANCE P.O BOX 85834 SAN DIEGO CA 92186 | Tel: 866-290-2920 Fax: 619-744-6062 | TRADE PAYABLES | ☐ C ☐ U ☐ D | | | $95,654.17 |
| 10 | EMPLOYERS ASSURANCE 7110 NORTH FRESNO ST SUITE 250 FRESNO CA 93720 | Tel: 800-677-3252 | TRADE PAYABLES | ☐ C ☐ U ☐ D | | | $84,324.00 |
| 11 | ANTEXTEXTIL SA de CV CUIDAD INDUSTRIAL XICOHTENCATL III C. CENTRAL LOTE 3A MANZANA 2 90250 TLAXCO MEXICO | Tel: 00 34 972 43 83 00 Fax: 00 34 972 43 83 43 | TRADE PAYABLES | ☐ C ☐ U ☐ D | | | $45,777.28 |
| 12 | QUAKER TRANSPORTATION INC P.O. BOX 11388 LANCASTER PA 17605 | Tel: 717-735-0560 Fax: 717-735-0590 | TRADE PAYABLES | ☐ C ☐ U ☐ D | | | $17,330.00 |
| 13 | DIVERSITY LAW GROUP A PROFESSIONAL CORPORATION 515 SOUTH FIGUEROA STREET SUITE 1250 LOS ANGELES CA 90071 | LARRY W. LEE LWLEE@DIVERSITYLAW.COM Tel: 213-488-6555 Fax: 213-488-6554 | TRADE PAYABLES | ☐ C ☐ U ☐ D | | | $16,589.87 |
| 14 | GENCORE TRADING 1577 W. 132ND ST. GARDENA CA 90249 | Tel: 213.746.6766 Fax: 714.243.8584 | TRADE PAYABLES | ☐ C ☐ U ☐ D | | | $14,468.96 |
| 15 | AZITEX TRADING CORP. 1850 E. 15th STREET LOS ANGELES CA 90021 | Tel: 213-745-7072 Fax: 213-745-7073 | TRADE PAYABLES | ☐ C ☐ U ☐ D | | | $9,919.43 |
| 16 | GREENBERG & BASS LLP 16000 VENTURA BOULEVARD SUITE 1000 ENCINO CA 91436 | Tel: 818-382-6200 | TRADE PAYABLES | ☐ C ☐ U ☐ D | | | $9,772.33 |
| 17 | RECON 1927 5TH AVE. SAN DIEGO CA 92101 | Tel: 619-308-9333 Fax: 619-308-9334 | TRADE PAYABLES | ☐ C ☐ U ☐ D | | | $9,481.00 |
| 18 | SOUTH COAST AQMD P.O BOX 4943 DIAMOND BAR CA 91765-0943 | Tel: 909-396-2900 | TRADE PAYABLES | ☐ C ☐ U ☐ D | | | $9,186.76 |
| 19 | JOHN'S KNITTING INC. 1701 W. ROSECRANS AVE. GARDENA CA 90249 | | TRADE PAYABLES | ☐ C ☐ U ☐ D | | | $7,585.65 |

Debtor    **Broncs, Inc.**                                                    Case number *(if known)* _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 | CABRERA, JOSE 10691 STAMPS ROAD DOWNEY CA 90241 | | TRADE PAYABLES | ☐ C ☐ U ☐ D | | | $6,106.75 |

Fill in this information to identify the case and this filing:

Debtor name: Broncs, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule ____
☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
   (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/17/2018
               MM/DD/YYYY

X _____
Signature of individual signing on behalf of debtor

Joel Chun
Printed name

President and CEO
Position or relationship to debtor

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    Not applicable.

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    Not applicable.

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    WesCoast Textiles, Inc. and Codi Sheridan, Inc., affiliates of Debtor, commenced voluntary chapter 11 cases on March 17, 2019, in the Central District of California, Santa Ana Division.

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    Not applicable.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Garden Grove___, California

_____
Signature of Debtor 1

Date: __March 17, 2019__

_____
Signature of Debtor 2

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                     Page 1                     **F 1015-2.1.STMT.RELATED.CASES**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Derrick Talerico (State Bar No. 223763)<br>David B. Zolkin (State Bar No. 155410)<br>ZOLKIN TALERICO LLP<br>12121 Wilshire Blvd, Suite 1120<br>Los Angeles, CA 90025<br>Telephone: (424) 500-8552<br>Email: dtalerico@ztlegal.com<br>        dzolkin@ztlegal.com<br><br>☐ Debtor(s) appearing without attorney<br>☒ Attorney for Debtor | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>BRONCS, INC.,<br>a California corporation,<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS<br>[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 20 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 03/17/2019

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                          F 1007-1.MAILING.LIST.VERIFICATION

2 Pawnee Leasing
3801 Automation Way
Ste 207
Fort Collins, CO 80525


A And R
Box 1160 N Armando St
Anaheim, CA 92806


Adrian Garcia Llamas
Address Intentionally Omitted


Aerioconnect
107 N Reino Rd 231
Newbury Park, CA 91320


Ambrosio Lopez
Address Intentionally Omitted


American Capital Group Inc
8l05 Irvine Ctr Dr
Ste 750
Irvine, CA 92618


Andres Campuzano
Address Intentionally Omitted


Angel Zuniga
Address Intentionally Omitted

Annie E Park
Address Intentionally Omitted

Antextextil Sa De Cv
Ciudad Industrial Xicohtencatl Iii
C Central Lote 3a
Manzana 2 90250 Tlaxco
Mexico

Arcadio Nolasco
Address Intentionally Omitted

Areli Aguirre Tavira
Address Intentionally Omitted

Azitex Trading Corp
1850 E 15th St
Los Angeles, CA 90021

Bay Tran
Address Intentionally Omitted

Bnsf Logistics
1600 Lakeside Pkwy
Flower Mound, TX 75028

C S America Inc
1305 Graham St
Burlington, NC 27217

California Coast Credit Union
Po Box 502080
San Diego, CA 92150

California Water Boards
Swrcb Storm Water Section
Po Box 1977
Sacramento, CA 95812

Capital Textile Group Inc
967 E Sandhill Ave
Carson, CA 90746

Cesar Ballinas Campos
Address Intentionally Omitted

City Of Garden Grove
Po Box 3070
Garden Grove, CA 92842-3070

City Of Garden Grove
Garden Grove City Hall
1122 Acacia Pkwy
Garden Grove, CA 92804

Cnc Electric Supply
7690 Lampson Ave
Garden Grove, CA 92841

Color Master Industries Inc
17155 Margay Ave
Carson, CA 90746

Colorway Industry Llc
15352 Texaco Ave
Paramount, CA 90723

Concentra
40 Centerpointe Dr
La Palma, CA 90623

County Of Orange
Treasurer Tax Collector
Po Box 4515
Santa Ana, CA 92702-4515

Crestmark Equipment Finance
40950 Woodward Ave
Ste 201
Bloomfield Hills, MI 48304-5127

D And A Customs Svc Inc
152 W Walnut St
Ste 260
Gardena, CA 90248

Dae S Yoon
Address Intentionally Omitted

David Youngki Hong
Address Intentionally Omitted

Deluxe
Po Box 742572
Cincinnati, OH 45274-2572

Direct Capital
155 Commerce Way
Portsmouth, NH 03801


Diversity Law Group
515 South Figueroa St
Ste 1250
Los Angeles, CA 90071


Dmv
12645 Beach Blvd
Stanton, CA 90680


Dominic Hung Dao
Address Intentionally Omitted


Eduardo Paralta
Address Intentionally Omitted


Elgort Textile Associates Inc
145 Blackburn St
York, SC 29745


Elida Curiel
Address Intentionally Omitted


Employers Assurance
7110 North Fresno St
Ste 250
Fresno, CA 93720

Employment Development Dept
Bankruptcy Group Mic 92 E
Po Box 826880
Sacramento, CA 94280-0001


Eun Young Pack
Address Intentionally Omitted



Ewoo Co
636 3 Idong Koo Ri
Sohol Eub Pocheon Si
Gyeonggi do,
South Korea

F And F Knitting Mills
4291 Bandini Blvd
Vernon, CA 90058



Federico Aguirre
Address Intentionally Omitted



Fedex
5930 Corporate Ave
Cypress, CA 90630



Ferraro Spa
Via Busto Arsizio 120
Lonate Pozzolo Va,  21015
Italy


Financial Pacific Leasing
3455 South 344th Way
Ste 300
Deferal Way, WA 98001

Flumencio Jimenez
Address Intentionally Omitted


Francisco J Perez
Address Intentionally Omitted


Frontier Spinning Mills
Po Box 533010
Atlanta, GA 30353


Gabriel Molina
Address Intentionally Omitted


Gencore Trading
1577 W 132nd St
Gardena, CA 90249


Go Textile
841 S San Pedro St
Los Angeles, CA 90014


Goods Textile
1577 W 132nd St
Gardena, CA 90249


Greenberg And Bass Llp
16000 Ventura Blvd
Ste 1000
Encino, CA 91436

Happy Rock Merchant Solutions Llc
149 W 26th St
12th Floor
New York, NY 10018


Happy Rock Merchant Solutions Llc
Dba Gocap Financial
Luigi Ceneri President
149 West 36th St 12th Floor
New York, NY 10018

Happy Rock Merchant Solutions Llc
Dba Gocap Financial
5000 Birch St
West Tower Ste 3000
Newport Beach, CA 92660

Hilotex
1614 W 207th St
Torrance, CA 90501


Hitachi
7808 Creekridge Cir
Ste 250
Edina, MN 55439


Howard Trinh
Address Intentionally Omitted



Hub City
3435 Wilshire Blvd 3000
Los Angeles, CA 90010



Huntington Technology Finance Inc
2285 Franklin Rd
Bloomfield Hills, MI 48302

Integrated Data Solution
3227 Producer Way
Ste 119
Pomona, CA 91768


Inter Pacific Equipment
740 S Los Angeles St 204
Los Angeles, CA 90015


International Financial Svc Corp
1113 S Milwaukee Ave
Ste 301
Libertyville, IL 60048


Itm Ltd South
Po Box 270
Hight Point, NC 27261-0270


Jamas
Po Box 845402
Los Angeles, CA 90084


James Kim
Address Intentionally Omitted


Jhon Lisee Pumps Inc
Po Box 2190
Bell Gardens, CA 90202


Jk Bioscience Inc
1926 E Gladwick St
Rancho Dominguez, CA 92841

Jk King
Po Box 160
Whitsett, NC 27377


John Lisee Pumps Inc
Po Box 2190
Bell Gardens, CA 90202


Johns Knitting Inc
1701 W Rosecrans Ave
Gardena, CA 90249


Jorge Catalan
Address Intentionally Omitted


Jose Alberto Alvarez Camacho
Address Intentionally Omitted


Jose Basilio
Address Intentionally Omitted


Jose Cabrera
10691 Stamps Rd
Downey, CA 90241


Juan Santiago
Address Intentionally Omitted

Kern Liebers Usa Textile Inc
A Co Of Kern Liebers Group
Po Box 519
Mattews, NC 28106


Knight Capital Funding
9 E Loockerman St
Ste 202 543
Dover, DE 19901


Komar Alliance
6900 Washington Blvd
Montebello, CA 90640


Kyu Hong Kim
3435 Wilshire Blvd 1970
Los Angeles, CA 90010


Lekos Dye And Finishing Inc
3131 Harcourt St
Rancho Dominguez, CA 90221


Leodegario Abrego
Address Intentionally Omitted


Liberty Mutual Insurance
Po Box 85834
San Diego, CA 92186


Liberty Property Limited Partnership
Erin C Plourde Vp Acquisitions
650 East Swedesford Rd Ste 400
Wayne, PA 19087

Liberty Property Trust
650 East Swedesford Rd
Ste 400
Wayne, PA 19087


Loeb Long Term Solutions Llc
Howard M Newman
4131 S State St
Chicago, IL 60609


Los Angeles County Tax Collector
Po Box 54027
Los Angeles, CA 90054


Luis Flores
Address Intentionally Omitted


M And K Metal Co
14400 S Figueroa St
Gardena, CA 90248


M Tex Co
249 W 131 St St
Los Angeles, CA 90061


Mammis Market
1429 Cherry Ave
Long Beach, CA 90813


Mantis Funding Llc
64 Beaver St
344
New York, NY 10004

Manuel Ortiz
Address Intentionally Omitted


Mario Crosta
Corso Sempione 67
21052 Busto
Arsizio Va,
Italy

Miguel Angel Dominguez
Address Intentionally Omitted


Miguel Gasca
Address Intentionally Omitted


Minh Van Pham
Address Intentionally Omitted


Monarch Knitting Machinery Corp
Po Box 5009
Monroe, NC 28111-5009


Needle Usa
1931 E Del Amo Blvd
Rancho Dominguez, CA 90220


Neman Brothers And Associates Inc
1525 S Broadway St
Los Angeles, CA 90015

Nicolas Romero
Address Intentionally Omitted

Northgate Gonzalez Financial Llc
Po Box 15539
Anaheim, CA 92803

Ohio Rack Inc
Ryan Philla
Po Box 3517 1405 S Liberty Ave
Alliance, OH 44601

Omar Rios
Address Intentionally Omitted

Orange County Sanitation District
10844 Ellis Ave
Fountain Valley, CA 92708

Oscar Cuevas
Address Intentionally Omitted

Oscar Quintana
210 W Walnut
Compton, CA 90220

Oti Rigging And Machinery Moving Inc
Po Box 1598
Gardena, CA 90249

Pablo Delgado
Address Intentionally Omitted

Pacific Sourcing Group
5717 Ferguson Dr
Commerce, CA 90022

Pawnee Leasing Corp
3801 Automation Way
Ste 207
Collins, CO 80525

Pedro Catalan Moreno
Address Intentionally Omitted

Providence Capital Funding
145 Blackburn St
York, SC 29745

Pumping Solutions Inc
1906 S Quaker Ridge Pl
Ontario, CA 91761

Quaker Transportation Inc
Po Box 11388
Lancaster, PA 17605

Ramiro Enriquez
Address Intentionally Omitted

Raymundo Beltran
Address Intentionally Omitted

Recon
1927 5th Ave
San Diego, CA 92101

Renyo Antonio J Perez
Address Intentionally Omitted

Rigoberto Yanez
Address Intentionally Omitted

River Roll Off Svc
8632 Calabash Ave
Fontana, CA 92335

Roberto Morales
Address Intentionally Omitted

Sam Young Lee
Address Intentionally Omitted

Sky Express World Courier Inc
1407 Paloma St
Los Angeles, CA 90021

Socalgas
Po Box C
Monterey Park, CA 91756-5111


Soluent Inc
751 S Weir Canyon Rd
Unit 157 126
Anaheim, CA 92808


South Coast Aqmd
Po Box 4943
Diamond Bar, CA 91765-0943


Southern California Edison
Po Box 300
Rosemead, CA 91772


Southwest Toyota Lift
Po Box 1070
Mira Loma, CA 91752


Southwest Toyota Lift
Po Box 1070
3725 Nobel Ct
Mira Loma, CA 91752


State Board Of Equalization
Account Information Group Mic 29
Po Box 942879
Sacramento, CA 94279-0029


State Board Of Equalization
Special Ops Bankruptcy Team Mic 74
Po Box 942879
Sacramento, CA 94279-0074

Stearns Bank
500 13th St
Po Box 750
Albany, MN 56307


Strada Capital Corp
Mandy Hrynezuk
23046 Avenida De La Carlota Ste 350
Laguna Hills, CA 92653


Strada Capital Corp
23046 Avenida De La Carlota
Ste 350
Laguna Hills, CA 92653


Taeho Kim
Address Intentionally Omitted



Tfc
Technology Finance Corp
7077 East Marilyn Rd Ste 125
Scottsdale, AZ 85254


Tfc Key Equipment
Technology Finance Corp
7077 East Marilyn Rd Ste 125
Scottsdale, AZ 85254


The T Nguyen
Address Intentionally Omitted



Thong Nguyen
Address Intentionally Omitted

Tmobile
12921 Se 38th
Bellevue, WA 98006

Tomas J Francisco
Address Intentionally Omitted

Toniel Alvarez Mendoza
Address Intentionally Omitted

Toyota Financial
8951 Cypress Waters Blvd
Ste 300
Coppell, TX 75019

Toyota Industries Commercial Finance
Po Box 660926
Dallas, TX 75266-0926

Triton Capital
Triton Cptl Inc
1660 Hotel Cir N Ste 215
San Diego, CA 92108

Van Bo Huynh
Address Intentionally Omitted

Versoleil Guillaume Duclos
Pmb 1301
Po Box 9011
Calexico, CA 92232

Yellowstone Capital West Llc
116 Nassau St
Ste 804
New York, NY 10038