| Fill in this information to identify the case: |
| --- |

Debtor name ___Broncs, Inc._____

United States Bankruptcy Court for the: ___Central District of California___

(State)

Case number (If known): ___8:19-bk-10941-CB___

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:** **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ............................................

   $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................

   $ 9,518,471.62

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ............................................

   $ 9,518,471.62

---

**Part 2:** **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................

   $ 1,382,278.80

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*...........................................

   $ 132,824.50

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...............................

   +$ 7,676,374.60

4. **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b

   $ 9,191,477.90

**Fill in this information to identify the case:**

Debtor name     Broncs, Inc.

United States Bankruptcy Court for the:    Central District of California

Case number (If known):    8:19-bk-10941-CB

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Bank of America - Checking | Checking | 2  4  7  2 | $ 0.00 |
| 3.2. Bank of America - Checking | Checking | 1  4  1  7 | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. _____ | $_____ |
| 4.2. _____ | $_____ |

5. **Total of Part 1**          $ 0.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. Security Deposit with Liberty Property Ltd Ptnshp | $ Unknown |
| 7.2. Loan reserve held by Loeb Capital | $ 366,709.38 |

Debtor    Broncs, Inc.
         Name

Case number (if known) 8:19-bk-10941-CB

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $ 366,709.38

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    |  | Current value of debtor's interest |

11. **Accounts receivable**

    | | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
    |---|---|---|---|---|---|
    | 11a. 90 days old or less: | 392,385.82 | − | 38,193.59 | = ........→ | $ 354,192.23 |
    | 11b. Over 90 days old: | 7,662.82 | − | 1,324.30 | = ........→ | $ 6,338.52 |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 360,530.75

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of ownership:

    15.1._____    _____%    _____    $_____

    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____

Debtor    Broncs, Inc.    8:19-bk-10941-CB
Name    Case number (if known)

---

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> Yarn - at Garden Grove facility | 03/17/2019 <br> MM / DD / YYYY | $ 175,975.00 | | $ 175,975.00 |
| 20. **Work in progress** <br> Greige Goods - at Garden Grove facility | 03/17/2019 <br> MM / DD / YYYY | $ 72,443.25 | | $ 72,443.25 |
| 21. **Finished goods, including goods held for resale** <br> Fabrics - at Garden Grove facility | 03/17/2019 <br> MM / DD / YYYY | $ 61,896.70 | | $ 61,896.70 |
| 22. **Other inventory or supplies** <br> Material for Garments-3rd Pty Possession-Mexico | 02/27/2019 <br> MM / DD / YYYY | $ 730,687.96 | | $ 730,687.96 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 1,041,002.91

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | | $_____ |

Debtor    Broncs, Inc.
_____    Case number (if known)    8:19-bk-10941-CB
          Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Office Furniture | $ 31,574.19 | Comp Sales | $ 5,364.62 |
| 40. **Office fixtures**<br>Leasehold Improvements | $ 0.00 | | $ 0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computers and Office Equipment | $ 81,888.51 | Comp Sales | $ 13,913.28 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 19,277.90

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☑ Yes

Debtor    Broncs, Inc.                                                              Case number (if known)    8:19-bk-10941-CB
_____    Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1  4 Forklifts | $18,000.00 | | $ Unknown |
| 47.2  4 Forklifts & 6 pallet jacks subject to liens on Schedule D | $0.00 | | $ Unknown |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Knitting, Dyeing and Finishing Equipment subject to liens on Schedule D

| | | | |
|---|---|---|---|
| | $12,593,800.00 | Comp Sales | $6,020,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                    $ 6,020,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

Debtor _____    8:19-bk-10941-CB
          Name

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  12601 Industry Street, Garden Grove, CA | Assignee of Lease | | | Unknown $_____ |
| 55.2  12641 Industry Street, Garden Grove, CA | Assignee of Lease | $_____ | _____ | Unknown $_____ |
| 55.3  12691 Pala Drive, Garden Grove, CA | Assignee of Lease | $_____ | _____ | Unknown $_____ |
| | | $_____ | _____ | Unknown $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** www.wescoasttextile.com | $_____ | _____ | Unknown $_____ |
| 62. **Licenses, franchises, and royalties** South Coast AQMD License | $_____ | _____ | Unknown $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

---

Debtor    Broncs, Inc.                 Case number (if known)   8:19-bk-10941-CB
      Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➡  $ _____
                      Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $ _____
_____    Tax year _____    $ _____
_____    Tax year _____    $ _____

73. **Interests in insurance policies or annuities**

_____    $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $ _____

Nature of claim      _____

Amount requested    $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $ _____

Nature of claim      _____

Amount requested    $ _____

76. **Trusts, equitable or future interests in property**

_____    $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| Inter-Company due from WesCoast Textiles Inc. | $ 1,121,781.83 |
|---|---|
| Inter-Company due from Codi Sheridan Inc. | $ 589,168.85 |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 1,710,950.68

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    Broncs, Inc.
Name

8:19-bk-10941-CB
Case number (if known)

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 366,709.38 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 360,530.75 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 1,041,002.91 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 19,277.90 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 6,020,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................. ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 1,710,950.68 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 9,518,471.62 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................... | 9,518,471.62 | $ 9,518,471.62 |

**Fill in this information to identify the case:**

Debtor name _____ Broncs, Inc. _____

United States Bankruptcy Court for the: __Central District of California__ of _____
                                                                          (State)

Case number (If known): ___8:19-bk-10941-CB___

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

**Creditor's name**
AMERICAN CAPITAL GROUP INC

**Describe debtor's property that is subject to a lien**
Sames SS-SI.5 Single Jersey Machine, S/N F-000993

Column A: $ Unknown     Column B: $ Unknown

**Creditor's mailing address**

STE 750, IRVINE, CA 92618

**Creditor's email address, if known**

**Describe the lien**
Equipment Lease Agmt #30-01598

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**  9/22/14

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes.

Multiple creditors have an interest in the same property listed on Schedule A/B.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
AMERICAN CAPITAL GROUP, INC.

**Describe debtor's property that is subject to a lien**
Sames SS-SI-5 Single Jersey Machine, S/N F-001137

Column A: $ Unknown     Column B: $ Unknown

**Creditor's mailing address**
23382 MILL CREEK DR STE 115
STE 115, LAGUNA HILLS, CA 92653

**Creditor's email address, if known**

**Describe the lien**
Equipment Lease #30-010443

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

Multiple creditors have an interest in the same property listed on Schedule A/B.
   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 1,382,278.80

Debtor    Bronco, Inc.
           Name

Case number (if known)    8:19-bk-10941-CB

---

**Part 1:**    **Additional Page**

Column A
**Amount of claim**
Do not deduct the value
of collateral.

Column B
*Value of collateral
that supports this
claim*

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.

---

**2.3**  **Creditor's name**
AMUR EQUIPMENT FINANCE

**Describe debtor's property that is subject to a lien**

N 1 Superslit slitting line No 4 and
accessories

$Unknown        $ Unknown

Creditor's mailing address

308 N LOCUST ST STE 100
GRAND ISLAND, NE 68801

Creditor's email address, if known

_____

Date debt was incurred    _____
Last 4 digits of account
number    _____

**Describe the lien**

Equipment Lease

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Do multiple creditors have an interest in the
same property?
☐ No
☒ Yes. Have you already specified the relative
      priority?
   ☐ No. Specify each creditor, including this
        creditor, and its relative priority.

Multiple creditors have an interest in the
same property listed on Schedule A/B

   ☐ Yes. The relative priority of creditors is
        specified on lines _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.4**  **Creditor's name**
ASCENTIUM CAPITAL LLC

**Describe debtor's property that is subject to a lien**

Textile Machine, 2 Rope Opening and
Slitting line, RW 2600 X 2400FW

$Unknown        $ Unknown

Creditor's mailing address

23970 HWY 59 N
HUMBLE, TX 77339

Creditor's email address, if known

_____

Date debt was incurred    _____
Last 4 digits of account
number    _____

**Describe the lien**

Equipment Financing Agmt #2211950

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Do multiple creditors have an interest in the
same property?
☐ No
☒ Yes. Have you already specified the relative
      priority?
   ☐ No. Specify each creditor, including this
        creditor, and its relative priority.

Multiple creditors have an interest in the
same property listed on Schedule A/B

   ☐ Yes. The relative priority of creditors is
        specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor _____    Case number (if known)_8:19-bk-10941-CB____
    Bronco, Inc.
    Name

| Part 1: | **Additional Page** | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** | **Creditor's name**
CAPITAL EQUIPMENT SOLUTIONS LLC

**Describe debtor's property that is subject to a lien**

Lien against assets

$1,353,988.31     $ 3,137,940.87

**Creditor's mailing address**

5480 Corporate Dr Ste 350
Troy, MI 48098

**Creditor's email address, if known**

**Date debt was incurred**  4/23/18
**Last 4 digits of account number**

**Describe the lien**

Term Note, Security Agreement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

Multiple creditors have an interest in the same property listed on Schedule A/B

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.6** | **Creditor's name**
CRESTMARK EQUIPMENT FINANCE

**Describe debtor's property that is subject to a lien**

PTT200 Set Making Machine

$ Unknown     $ Unknown

**Creditor's mailing address**

40950 WOODWARD AVE STE 201
BLOOMFIELD HILLS, MI 48304-5127

**Creditor's email address, if known**

**Date debt was incurred**  _____
**Last 4 digits of account number**

**Describe the lien**

Equipment Lease Agmt #16062

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

Multiple creditors have an interest in the same property listed on Schedule A/B

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor     Brones, Inc.
_____
           Name

Case number _____ *(if known)*    8:19-bk-10941-CB

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7 Creditor's name**
DIRECT CAPITAL

_____

**Creditor's mailing address**

155 COMMERCE WAY
PORTSMOUTH, NH 03801

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   | Multiple creditors have an interest in the same property listed on Schedule A/B |
   |---|

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

| New Compacting Machine Mod Comptex revolution 2500 complete with all devices |
|---|

$Unknown    $ Unknown

**Describe the lien**

Master EFA Agmt #ME01730880

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.8 Creditor's name**
ELGORT TEXTILE ASSOCIATES INC

_____

**Creditor's mailing address**

145 BLACKBURN ST
YORK, SC 29745

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   | Multiple creditors have an interest in the same property listed on Schedule A/B |
   |---|

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

| Vendor for Lafer Open Width Compactor, #KSA5000 |
|---|

$ Unknown    $ Unknown

**Describe the lien**

Equipment Lease

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

---

Debtor    Brones, Inc.    Case number _(if known)_  8:19-bk-10941-CB
          Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9** | **Creditor's name**
EMPLOYMENT DEVELOPMENT DEPT

**Describe debtor's property that is subject to a lien**

$28,290.49    $ Unknown

**Creditor's mailing address**

BANKRUPTCY GROUP MIC 92E
PO BOX 826880, SACRAMENTO, CA 9428

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  Multiple creditors have an interest in the same property listed on Schedule A/B

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

Tax Lien

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10** | **Creditor's name**
FINANCIAL PACIFIC LEASING INC

**Describe debtor's property that is subject to a lien**

Tubetex Rfg. Napping/Raising Machine. Contract #001-0890343-905

$ Unknown    $ Unknown

**Creditor's mailing address**

3455 S 344TH WAY STE 300
FEDERAL WAY, WA 98063

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  Multiple creditors have an interest in the same property listed on Schedule A/B

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

Lease Agmt

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor      Bronco, Inc.
            Name                                                    Case number *(if known)*    8:19-bk-10941-CB

---

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

| 2.11 | **Creditor's name**<br>FINANCIAL PACIFIC LEASING INC | **Describe debtor's property that is subject to a lien** | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**

Lafer Open Width compactor, Model KSA 500 w/attachments

$ Unknown          $ Unknown

**Creditor's mailing address**

3455 S 344TH WAY
STE 300, FEDERAL WAY, WA 98001

**Creditor's email address, if known**

**Date debt was incurred** _____

**Describe the lien**

Lease Agmt #118871

**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

Multiple creditors have an interest in the same property listed on Schedule A/B

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

| 2.12 | **Creditor's name**<br>HAPPY ROCK MERCHANT SOLUTIONS LLC | **Describe debtor's property that is subject to a lien** | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**

Future sales agreement

$ Unknown          $ 360,530.75

**Creditor's mailing address**

dba GoCAP FINANCIAL
149 WEST 36TH ST, 12TH FLOOR, NEW

**Creditor's email address, if known**

**Date debt was incurred** 3/27/2018

**Describe the lien**

Master Factoring/Security Agmt

**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

Multiple creditors have an interest in the same property listed on Schedule A/B

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

Debtor    Broncs, Inc.
_____    Case number _(if known)_ ___8:19-bk-10941-CB___
Name

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.13** **Creditor's name**
HITACHI CAPITAL AMERICA CORP

_____

**Creditor's mailing address**

7808 CREEKRIDGE CIR STE 250
EDINA, MN 55439

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   | Multiple creditors have an interest in the same property listed on Schedule A/B |

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

1-Dual Flow High Pressure Rapid Dying Machine; 2 Tubes Loading Capacity 350-500 Kg batch w/DTC 7700 Controller

$Unknown    $ Unknown

**Describe the lien**

Installment Payment Agmt #4486400-001

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.14** **Creditor's name**
HUB INTERNATIONAL INS

_____

**Creditor's mailing address**

3455 WILSHIRE BLVD
LOS ANGELES, CA 90010

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   | Multiple creditors have an interest in the same property listed on Schedule A/B |

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Vendor for Auto Lab SPS

$Unknown    $ Unknown

**Describe the lien**

Equipment Lease

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor  Brones, Inc.
        Name                                                                    Case number (if known)  8:19-bk-10941-CB

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>*Value of collateral that supports this claim* |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.15** | Creditor's name
HUNTINGTON TECHNOLOGY FINANCE INC

**Describe debtor's property that is subject to a lien**

Superslit Slitting Line Roller w/MM 2600 Working Width Arm

$Unknown          $ Unknown

Creditor's mailing address

2285 FRANKLIN RD
BLOOMFIELD HILLS, MI 48302

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number _____

**Describe the lien**

Master Lease Agmt #1988-001

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

Multiple creditors have an interest in the same property listed on Schedule A/B

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.16** | Creditor's name
HUNTINGTON TECHNOLOGY FINANCE INC

**Describe debtor's property that is subject to a lien**

TMT Computer Color Kitchen: Auto Actual Checking Dispensing System

$ Unknown          $ Unknown

Creditor's mailing address

2285 FRANKLIN RD
BLOOMFIELD HILLS, MI 48302

Creditor's email address, if known

Date debt was incurred   11/3/2017

Last 4 digits of account number _____

**Describe the lien**

Equipment Finance Agmt #1988-004

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

Multiple creditors have an interest in the same property listed on Schedule A/B

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

| Debtor | Brotec, Inc. | Case number (if known) | 8:19-bk-10941-CB |
|---|---|---|---|
| | Name | | |

**Part 1:** **Additional Page**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.17 Creditor's name**
HUNTINGTON TECHNOLOGY FINANCE INC

**Creditor's mailing address**
2285 FRANKLIN RD
BLOOMFIELD HILLS, MI 48302

**Creditor's email address, if known**
anthonylfs@aol.com

**Date debt was incurred**  8/11/17
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  Multiple creditors have an interest in the same property listed on Schedule A/B
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Superslit Slitting Line Roller w/MM 2600 Working Width Arm

$ Unknown     $ Unknown

**Describe the lien**
Equipment Finance Agmt #1988-003

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.18 Creditor's name**
INTERNATIONAL FINANCIAL SVC CORP

**Creditor's mailing address**
1113 S MILWAUKEE AVE STE 301
LIBERTYVILLE, IL 60048

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  Multiple creditors have an interest in the same property listed on Schedule A/B
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Double Drum MC20/24 Raising Machine

$ Unknown     $ Unknown

**Describe the lien**
Equipment Financing Agmt #2403810

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor    Brontes, Inc. _____    Case number _(if known)_ 8:19-bk-10941-CB
                Name

| Part 1: | **Additional Page** | | **Column A** **Amount of claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.19** | **Creditor's name**
KEY EQUIPMENT FINANCE

_____

**Creditor's mailing address**

7077 E MARILYN RD
STE 125, SCOTTSDALE, AZ 85254

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   | Multiple creditors have an interest in the same property listed on Schedule A/B |

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Ferraro EasyComptex FV 1500 Shrinking Machine for Tubular Knit Fabric

**Describe the lien**

Equipment Lease #1988-002

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

$ Unknown    $ Unknown

---

**2.20** | **Creditor's name**
KNIGHT CAPITAL FUNDING

_____

**Creditor's mailing address**

9 E LOOCKERMAN ST
STE 202-543, DOVER, DE 19901

**Creditor's email address, if known**

_____

**Date debt was incurred** 10/24/2018

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   | Multiple creditors have an interest in the same property listed on Schedule A/B |

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

$ Unknown    $ Unknown

---

| Debtor | Brones, Inc. | | Case number _(if known)_ | 8:19-bk-10941-CB |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.21** | Creditor's name
LCA BANK CORPORATION/STRADA CAPITAL CORP

**Describe debtor's property that is subject to a lien**

Auto Lab SPS

$Unknown                     $ Unknown

**Creditor's mailing address**

23046 AVENIDA DE LA CARLOTA
STE 350, LAGUNA HILLS, CA 92653

**Creditor's email address, if known**

**Date debt was incurred**    2/24/2017
**Last 4 digits of account number**

**Describe the lien**

Lease Agmt #100-014365

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

| Multiple creditors have an interest in the same property listed on Schedule A/B |
|---|

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.22** | Creditor's name
LIBERTY PROPERTY LTD PTNSHP

**Describe debtor's property that is subject to a lien**

Assignee of building leases for 12691 Pala Dr., 12601 Industry St. and 12641 Industry St, Garden Grove, CA

$Unknown                     $ Unknown

**Creditor's mailing address**

650 E SWEDESFORD RD STE 400
WAYNE, PA 19087

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**

**Describe the lien**

Real Property Lease Agmts

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

| Multiple creditors have an interest in the same property listed on Schedule A/B |
|---|

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

| Debtor | Bronics, Inc. | Case number _(if known)_ | 8:19-bk-10941-CB |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.23 Creditor's name**
MANTIS FUNDING LLC

_____

**Creditor's mailing address**

64 BEAVER ST #344
NEW YORK, NY 10004

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  | Multiple creditors have an interest in the same property listed on Schedule A/B |

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Column A: $ Unknown    Column B: $ Unknown

---

**2.24 Creditor's name**
PAWNEE LEASING CORP

_____

**Creditor's mailing address**

3801 AUTOMATION WAY STE 207
COLLINS, CO 80525

**Creditor's email address, if known**

_____

**Date debt was incurred** 1/16/17

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  | Multiple creditors have an interest in the same property listed on Schedule A/B |

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Lafer Open Width Compactor, Model KSA500 H=2600, s/n 10 azl4452

**Describe the lien**
Lease Agmt #2016 1227/2017010337

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Column A: $ Unknown    Column B: $ Unknown

---

Debtor   Bronco, Inc.
_____
Name

Case number _(if known)_ ___8:19-bk-10941-CB___

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.25** Creditor's name
PROVIDENCE CAPITAL FUNDING

Describe debtor's property that is subject to a lien

Lafer Open Width Compactor, Model KSA500 H=2600, S/N 10AZL 4452

$Unknown    $ Unknown

Creditor's mailing address

145 BLACKBURN ST
YORK, SC 29745

Creditor's email address, if known

Date debt was incurred    1/16/17
Last 4 digits of account number

Describe the lien

Lease Agmt #2016 1227

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

Multiple creditors have an interest in the same property listed on Schedule A/B

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**2.26** Creditor's name
SOUTHWEST TOYOTA LIFT

Describe debtor's property that is subject to a lien

6 Toyota BHBW23 Pallet Jacks,  S/N 22357, 22363, 22363, 22457, 22364, 22365

$Unknown    $ Unknown

Creditor's mailing address

PO BOX 1070
3725 NOBEL CT, MIRA LOMA, CA 91752

Creditor's email address, if known

Date debt was incurred    _____
Last 4 digits of account number

Describe the lien

Equipment Lease Agmt #40640762

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

Multiple creditors have an interest in the same property listed on Schedule A/B

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Debtor _____ Brones, Inc. _____
Name

Case number (if known) _8:19-bk-10941-CB_

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.27** **Creditor's name**
STEARNS BANK NA / EQUIPMENT FINANCE DIV

**Creditor's mailing address**
500 13TH ST, PO BOX 750
ALBANY, MN 56307

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　Multiple creditors have an interest in the same property listed on Schedule A/B

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Two Slitter Machines

$Unknown       $ Unknown

**Describe the lien**
Lease Agmt #2118333-001

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.28** **Creditor's name**
STRADA CAPITAL CORP

**Creditor's mailing address**
23046 AVENIDA DE LA CARLOTA
STE 350, LAGUNA HILLS, CA 92653

**Creditor's email address, if known**

**Date debt was incurred** 6/19/2017
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　Multiple creditors have an interest in the same property listed on Schedule A/B

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2007 Genie Z-45/25J Articulated Boom Lift; Kubota RTV900 2 Passenger Vehicle 4X4

$ Unknown       $ Unknown

**Describe the lien**
Equipment Finance Agmt #10-015425

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page _14_ of _19_

Debtor    Brones, Inc.
_____    Case number (if known) ___8:19-bk-10941-CB___
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.29** Creditor's name
STRADA CAPITAL CORP

_____

Creditor's mailing address

23046 AVENIDA DE LA CARLOTA
STE 350, LAGUNA HILLS, CA 92653

_____

Creditor's email address, if known

_____

Date debt was incurred    _____
Last 4 digits of account
number    _____

Do multiple creditors have an interest in the same property?

☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

| Multiple creditors have an interest in the same property listed on Schedule A/B |
|---|

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Used Vanguard Feed Needles

$ Unknown     $ Unknown

Describe the lien

Equipment Finance Agmt # 10-015915

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.30** Creditor's name
TECHNOLOGY FINANCE CORPORATION

_____

Creditor's mailing address

7077 EAST MARILYN RD STE 125
SCOTTSDALE, AZ 85254

_____

Creditor's email address, if known

_____

Date debt was incurred    _____
Last 4 digits of account
number    _____

Do multiple creditors have an interest in the same property?

☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

| Multiple creditors have an interest in the same property listed on Schedule A/B |
|---|

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Ferraro Easy Comptex FV 1500 Shrinking Machine for Tubular Knit Fabric

$ Unknown     $ Unknown

Describe the lien

Equipment Lease #1988-002

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

---

| Debtor | Broncs, Inc. | | Case number (if known) | 8:19-bk-10941-CB |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.31** Creditor's name
TOYOTA FINANCIAL

_____

Creditor's mailing address

8951 CYPRESS WATERS BLVD #300
COPPELL, TX 75019

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

| Multiple creditors have an interest in the same property listed on Schedule A/B |
|---|

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2 Toyota Forklifts Model 8FGCU30; Serial Nos 66669, 66645 (Rebas Inc)

$ Unknown          $ Unknown

**Describe the lien**

Equipment Lease Agmt

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.32** Creditor's name
TOYOTA FINANCIAL

_____

Creditor's mailing address

8951 CYPRESS WATERS BLVD #300
COPPELL, TX 75019

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

| Multiple creditors have an interest in the same property listed on Schedule A/B |
|---|

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2 Toyota Forklifts, Model 8FGCU20, Serial Nos 81581, 81588

$ Unknown          $ Unknown

**Describe the lien**

Equipment Lease Agmt

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor    Bronco, Inc.
_____
    Name

Case number *(if known)*  8:19-bk-10941-CB
_____

---

| **Part 1:**   **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>*Value of collateral that supports this claim* |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.33**  **Creditor's name**
TOYOTA FINANCIAL
_____

**Creditor's mailing address**

8951 CYPRESS WATERS BLVD #300
COPPELL, TX 75019
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ┌─────────────────────────────────────┐
  │ Multiple creditors have an interest in the │
  │ same property listed on Schedule A/B │
  └─────────────────────────────────────┘

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

┌─────────────────────────────────────┐
│ 6 Toyota Pallet Jacks, Model 8HBW23; │
│ Serial Nos. 22357, 22362, 22363, 22457, │
│ 22364, 22365 (SW Material Handling) │
│                                       │
│                                       │
│                                       │
│                                       │
└─────────────────────────────────────┘

$ Unknown         $ Unknown

**Describe the lien**
Equipment Lease Agmt
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.34**  **Creditor's name**
TRITON CAPITAL
_____

**Creditor's mailing address**

1660 HOTEL CIR N STE 215
SAN DIEGO, CA 92108
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**  5/51/18

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ┌─────────────────────────────────────┐
  │ Multiple creditors have an interest in the │
  │ same property listed on Schedule A/B │
  └─────────────────────────────────────┘

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

┌─────────────────────────────────────┐
│ Equipment │
│                                       │
│                                       │
│ $ Unknown         $ Unknown │
│                                       │
│                                       │
│                                       │
└─────────────────────────────────────┘

**Describe the lien**
Financing Agmt #784220
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor    Bronco, Inc.
_____
Name

Case number (if known)    8:19-bk-10941-CB
_____

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | *Amount of claim*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Value of collateral*<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.35** Creditor's name

YELLOWSTONE CAPITAL WEST LLC
_____

**Describe debtor's property that is subject to a lien**

$ Unknown          $ Unknown

**Creditor's mailing address**

116 NASSAU ST STE 804
NEW YORK, NY 10038
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Describe the lien**

Loan
_____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  | Multiple creditors have an interest in the same property listed on Schedule A/B |
  |---|

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.___** Creditor's name
_____

**Describe debtor's property that is subject to a lien**

$_____     $_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Describe the lien**

_____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  |   |
  |---|

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Broncs, Inc. | Case number (if known) | 8:19-bk-10941-CB |
|---|---|---|---|
| | Name | | |

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| J Scott Bovitz<br>Bovitz & Spitzer<br>1100 Wilshire Blvd Ste 2403<br>Los Angeles, CA, 90017-1961 | Line 2. 12 | _____ |
| Loeb Long Term Solutions LLC<br>4131 S State St<br>Chicago, IL, 60609 | Line 2. 5 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor  Broncs, Inc.

United States Bankruptcy Court for the:  Central District of California

Case number  8:19-bk-10941-CB
(if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1** Priority creditor's name and mailing address
ABREGO LEODEGARIO
10325 GRAPE ST

LOS ANGELES, CA, 90002

As of the petition filing date, the claim is:  $ 2,068.50        $ 2,068.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account
number  _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

**2.2** Priority creditor's name and mailing address
AGUIRRE FEDERICO
523 S LEMON ST

ANAHEIM, CA, 92805

As of the petition filing date, the claim is:  $ Unknown        $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account
number  _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

**2.3** Priority creditor's name and mailing address
AGUIRRE-TAVIRA ARELI
219 W 57TH ST

LOS ANGELES, CA, 90032

As of the petition filing date, the claim is:  $ Unknown        $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account
number  _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    )

| Debtor | | | Case number _(if known)_ 8:19-bk-10941-CB |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4    Priority creditor's name and mailing address**
BASILIO JOSE
142 W 83RD ST 1

LOS ANGELES, CA, 90003

$ Unknown            $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.5    Priority creditor's name and mailing address**
BELTRAN RAYMUNDO
1157 LOS PALOS ST

LOS ANGELES, CA, 90023

$ 1,670.00            $ 1,670.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.6    Priority creditor's name and mailing address**
CAMPOS CESAR BALLINAS
6801 OTIS AVE

BELL, CA, 90201

$ 1,438.76            $ 1,438.76

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.7    Priority creditor's name and mailing address**
CAMPUZANO ANDRES
1491 E 25TH ST

LOS ANGELES, CA, 90011

$ Unknown            $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor | | Case number (if known) 8:19-bk-10941-CB |
|--------|--|--------------------------------|
| | Name | |

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.8 Priority creditor's name and mailing address**
CATALAN JORGE
1964 E 130TH ST

COMPTON, CA, 90222

$ 1,438.07         $ 1,438.07

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.9 Priority creditor's name and mailing address**
CITY OF GARDEN GROVE
1122 ACACIA PKWY
Anaheim, CA, 92804

$ Unknown         $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.10 Priority creditor's name and mailing address**
COUNTY OF ORANGE
PO BOX 4515
TREASURER TAX COLLECTOR
SANTA ANA, CA, 92702-4515

$ Unknown         $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.11 Priority creditor's name and mailing address**
CUEVAS OSCAR
440 W LA VETA AVE 3

ORANGE, CA, 92866

$ 1,695.69         $ 1,695.69

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | | Case number (if known) 8:19-bk-10941-CB |
|---|---|---|
| | Name | |

## Part 1. Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.12 Priority creditor's name and mailing address**

CURIEL ELIDA
11408 LONG BEACH BLVD

LYNWOOD, CA, 90206

Total claim: $ 498.14    Priority amount: $ 498.14

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.13 Priority creditor's name and mailing address**

DAO DOMINIC HUNG
9562 WASHINGTON AVE
APT#4
GARDEN GROVE, CA, 92844

Total claim: $ 1,193.27    Priority amount: $ 1,193.27

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.14 Priority creditor's name and mailing address**

DELGADO PABLO
1633 E 45TH ST

LOS ANGELES, CA, 90011

Total claim: $ Unknown    Priority amount: $

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.15 Priority creditor's name and mailing address**

DEPT OF INDUSTRIAL RELATIONS
320 W. 4th Street
Suite 450
Los Angeles, CA, 90013

Total claim: $ 1,620.00    Priority amount: $ 1,620.00

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

**Basis for the claim:**
Contributions to employee benefits

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____    Case number _(if known)_ 8:19-bk-10941-CB
         Name

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

---

**2.16** **Priority creditor's name and mailing address**
DOMINGUEZ MIGUEL ANGEL
811 S FAIRVIEW ST P2

SANTA ANA, CA, 92704

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown                $ _____

---

**2.17** **Priority creditor's name and mailing address**
EMPLOYERS ASSURANCE
7110 N FRESNO ST STE 250
Fresno, CA, 93720

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 5 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Contributions to employee benefits

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 84,324.00              $ _____

---

**2.18** **Priority creditor's name and mailing address**
ENRIQUEZ RAMIRO
6976 LONG BEACH BLVD APT7

LONG BEACH, CA, 90805

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown                $ _____

---

**2.19** **Priority creditor's name and mailing address**
FLORES LUIS
1186 12 E 56 ST

LOS ANGELES, CA, 90011

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown                $ _____

---

| Debtor | | | |
|--------|--|--|--|
| | Name | Case number *(if known)* | 8:19-bk-10941-CB |

---

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

---

**2.20 Priority creditor's name and mailing address**

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A-340
PO BOX 2952
SACRAMENTO, CA, 95812-2952

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ Unknown    Priority amount: $ _____

---

**2.21 Priority creditor's name and mailing address**

FRANCISCO TOMAS J
151 E 54TH ST

LOS ANGELES, CA, 90011

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ Unknown    Priority amount: $ _____

---

**2.22 Priority creditor's name and mailing address**

GASCA MIGUEL
1723 E 112 TH ST

LOS ANGELES, CA, 90059

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ Unknown    Priority amount: $ _____

---

**2.23 Priority creditor's name and mailing address**

HONG DAVID YOUNGKI
12522 SEMORA ST

CERRITOS, CA, 90703

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ 102.43    Priority amount: $ _____

---

| Debtor | | Case number _(if known)_ 8:19-bk-10941-CB |
|---|---|---|
| | Name | |

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.24  Priority creditor's name and mailing address**

HUYNH VAN BO
10321 LAMPSON AVE

GARDEN GROVE, CA, 92840

$ 3,105.43                    $ 3,105.43

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.25  Priority creditor's name and mailing address**

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA, 19101-7346

$ 930.24                    $

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.26  Priority creditor's name and mailing address**

J JESUS FLORES HERRERA

$ 1,271.67                    $

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.27  Priority creditor's name and mailing address**

JIMENEZ FLUMENCIO
4037 34 MORGAN AVE

LOS ANGELES, CA, 90011

$ Unknown                    $

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor | | Case number *(if known)* 8:19-bk-10941-CB |
|---|---|---|
| | Name | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.28 | Priority creditor's name and mailing address | | $ 6,188.35 | $ 6,188.35 |
|---|---|---|---|---|

LEE SAM YOUNG
1259 W 168TH ST 6

GARDENA, CA, 90247

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | | $ Unknown | $ |
|---|---|---|---|---|

LLAMAS ADRIAN GARCIA
827 W 43RD ST
APT #107
LOS ANGELES, CA, 90037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | | $ Unknown | $ |
|---|---|---|---|---|

LOPEZ AMBROSIO
6040 COMPTON AVE

LOS ANGELES, CA, 90001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.31 | Priority creditor's name and mailing address | | $ 1,691.44 | $ 1,691.44 |
|---|---|---|---|---|

LOS ANGELES COUNTY TAX COLLECTOR
PO BOX 54027
Los Angeles, CA, 90054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 8 of 33

| Debtor | | Case number (if known) 8:19-bk-10941-CB |
|---|---|---|
| | Name | |

## Part 1. Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.32 Priority creditor's name and mailing address**
MENDOZA TONIEL ALVAREZ
1463 118 E 25TH ST

LOS ANGELES, CA, 90011

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Total claim: $ 1,309.35    Priority amount: $ 1,309.35

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.33 Priority creditor's name and mailing address**
MOLINA GABRIEL
5350 BLACKWELDER ST

LOS ANGELES, CA, 90016

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $ Unknown    Priority amount: $

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.34 Priority creditor's name and mailing address**
MORALES ROBERTO
6518 PROSPECT AVE
APT C
BELL, CA, 90201

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $ Unknown    Priority amount: $

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.35 Priority creditor's name and mailing address**
MORENO PEDRO CATALAN
434 OLIVE AVE 5

LONG BEACH, CA, 90802

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Total claim: $ 2,525.67    Priority amount: $ 2,525.67

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor | | |
|---|---|---|
| Name | | |
| | Case number (if known) 8:19-bk-10941-CB | |

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

### 2.36 Priority creditor's name and mailing address
NGUYEN THE T
9362 MELBA DR

GARDEN GROVE, CA, 92841

$ Unknown        $

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

### 2.37 Priority creditor's name and mailing address
NGUYEN THONG
13581 PALOMAR ST

WESTMINSTER, CA, 92683

$ 1,636.85        $ 1,636.85

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

### 2.38 Priority creditor's name and mailing address
NOLASCO ARCADIO
1212 N TAMARIND AVE

COMPTON, CA, 90222

$ 1,055.98        $ 1,055.98

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

### 2.39 Priority creditor's name and mailing address
ORTIZ MANUEL
1424 W BEVERLY TER

MONTELBEELO, CA, 90640

$ 3,926.78        $ 3,926.78

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

| Debtor | | Case number _(if known)_ 8:19-bk-10941-CB |
|---|---|---|
| Name | | |

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.40 Priority creditor's name and mailing address**
PARALTA EDUARDO
1313 LOS CANTOS AVE

ARVIN, CA, 93203

Total claim: $ Unknown    Priority amount: $

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.41 Priority creditor's name and mailing address**
PEREZ FRANCISCO J
1349 N BALLISTA AVE

LA PUENTE, CA, 91744

Total claim: $ 1,179.02    Priority amount: $ 1,179.02

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.42 Priority creditor's name and mailing address**
PEREZ RENYO ANTONIO J
14403 CERECITA DR

WHITTIER, CA, 90604

Total claim: $ 1,794.20    Priority amount: $ 1,794.20

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.43 Priority creditor's name and mailing address**
PHAM MINH VAN
235 S BEACH BLVD
SPC#105
ANAHEIM, CA, 92804

Total claim: $ 1,823.29    Priority amount: $ 1,823.29

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | _____ | Case number _(if known)_ 8:19-bk-10941-CB |
|        | Name                    |                    |

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2. 44**  Priority creditor's name and mailing address

RIOS OMAR
315 1/2 WEST 46 ST

LOS ANGELES, CA, 90037

$ Unknown        $ _____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2. 45**  Priority creditor's name and mailing address

ROMERO NICOLAS
11516 12 S BUDLONG AVE

LOS ANGELES, CA, 90044

$ 1,059.10        $ 1,059.10

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2. 46**  Priority creditor's name and mailing address

SANTIAGO JUAN
4419 AVALON BLVD
APT 12
LOS ANGELES, CA, 90011

$ Unknown        $ _____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2. 47**  Priority creditor's name and mailing address

STATE BOARD OF EQUALIZATION
ACCOUNT INFORMATION GROUP MIC 29
PO BOX 942879
SACRAMENTO, CA, 94279-0029

$ Unknown        $ _____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | | | |
|---|---|---|---|
| | Name | Case number (if known) | 8:19-bk-10941-CB |

**Part 1.** **Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.** **48** Priority creditor's name and mailing address

TRAN BAY
917 S BRUCE ST

ANAHEIM, CA, 92804

$ 2,228.28    $ 2,228.28

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.** **49** Priority creditor's name and mailing address

TRINH HOWARD
841 KINGSLEY DR

ARCADIA, CA, 91007

$ 1,105.29    $ 1,105.29

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.** **50** Priority creditor's name and mailing address

YANEZ RIGOBERTO
401 W ROOSEVELT AVE
APT 12
MONTEBELLO, CA, 90640

$ 141.13    $ 141.13

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.** **51** Priority creditor's name and mailing address

YOON DAE S
1131 W SEPULVEDA BLVD
#N-204
TORRANCE, CA, 90502

$ 3,803.57    $ 3,803.57

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | | Case number (if known) 8:19-bk-10941-CB |
|--------|--|------------------------------------------|
| | Name | |

| **Part 1.** | **Additional Page** |
|-------------|---------------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.** 52   **Priority creditor's name and mailing address**

ZUNIGA ANGEL
11111 BARCLAY DR

GARDEN GROVE, CA, 92841

$ <u>Unknown</u>      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.** ____   **Priority creditor's name and mailing address**

$ _____      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.** ____   **Priority creditor's name and mailing address**

$ _____      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.** ____   **Priority creditor's name and mailing address**

$ _____      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

| Debtor | | Case number (If known) 8:19-bk-10941-CB |
|---|---|---|
| | Name | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
A AND R
BOX 1160 N ARMANDO ST

ANAHEIM, CA, 92806

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   Suppliers or Vendors

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
AERIOCONNECT
107 N REINO RD #231

NEWBURY PARK, CA, 91320

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Suppliers or Vendors

$ 2,400.18

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
AMERICAN EXPRESS
PO Box 981535

El Paso, TX, 79998-1535

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Credit Card Debt

$ 11,831.44

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 2007

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
AMERITEX
13610 IMPERIAL HWY STE 2

Santa Fe Springs, CA, 90670

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Suppliers or Vendors

$ 4,501.58

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
ANTEXTEXTIL SA DE CV
CIUDAD INDUSTRIAL XICOHTENCATL III
C CENTRAL LOTE 3A
MANZANA 2 90250 TLAXCO, MEXICO

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Suppliers or Vendors

$ 48,277.28

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
APOLLO TECHNOLOGIES
31441 Santa Margarita Pkwy A-219

Rancho Santa Margarita, CA, 92688

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Suppliers or Vendors

$ 4,920.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 1st Source Servall | Case number (if known) 8:19-bk-10941-CB |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.7**  Nonpriority creditor's name and mailing address

AZITEX TRADING CORP
1850 E 15TH ST

LOS ANGELES, CA, 90021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 9,919.43

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.8**  Nonpriority creditor's name and mailing address

BANK OF AMERICA
PO Box 98238
El Paso, TX, 79998-2238

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Overdrawn Bank Account

$ 4,705.82

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.9**  Nonpriority creditor's name and mailing address

BNSF LOGISTICS
1600 LAKESIDE PKWY

FLOWER MOUND, TX, 75028

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,679.21

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.10**  Nonpriority creditor's name and mailing address

C S AMERICA INC
1305 GRAHAM ST

BURLINGTON, NC, 27217

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,723.76

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.11**  Nonpriority creditor's name and mailing address

CABRERA JOSE
10691 STAMPS RD

DOWNEY, CA, 90241

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 6,106.75

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | _____ | Case number _(if known)_ _8:19-bk-10941-CB_ |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12  Nonpriority creditor's name and mailing address**

CALIFORNIA COAST CREDIT UNION
PO BOX 502080

SAN DIEGO, CA, 92150

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13  Nonpriority creditor's name and mailing address**

CALIFORNIA WATER BOARDS
PO BOX 1977

SACRAMENTO, CA, 95812

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,400.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14  Nonpriority creditor's name and mailing address**

CAMACHO JOSE ALBERTO ALVAREZ
16338 1/2 CORNUTA AVE

BELLFLOWER, CA, 90706

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 27.86

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15  Nonpriority creditor's name and mailing address**

CAPITAL ONE
PO Box 60599
City of Industry, CA, 91716

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 9,085.40

Date or dates debt was incurred  _____
Last 4 digits of account number  6449

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16  Nonpriority creditor's name and mailing address**

CAPITAL TEXTILE GROUP INC
967 E SANDHILL AVE

CARSON, CA, 90746

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ Unknown

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Case number (if known) 8:19-bk-10941-CB |
|---|---|
| Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.17** Nonpriority creditor's name and mailing address

CHASE
PO Box 15298
Wilmington, DE, 19850

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12,217.61

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number ____2219____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

CHASE
PO Box 15298
Wilmington, DE, 19850

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27,971.21

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number ____7746____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

CHUN JOEL P
12691 PALA DR
Garden Grove, CA, 92841

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,794,306.94

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

CITY OF GARDEN GROVE WATER DEPT
11222 ACACIA PKWAY

GARDEN GROVE, CA, 92840

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 274,589.90

**Basis for the claim:** Utility Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

COLOR MASTER INDUSTRIES INC
17155 MARGAY AVE

CARSON, CA, 90746

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,400.00

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | _____ | Case number *(if known)* _____ |
|--------|-------------------------------|------------------------------------------------|
|        | Name                          |                                                |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.22  Nonpriority creditor's name and mailing address**

CONCENTRA
40 CENTERPOINTE DR

LA PALMA, CA, 90623

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,400.47

---

**3.23  Nonpriority creditor's name and mailing address**

COWAY USA INC
4221 Wilshire Blvd #210
Los Angeles, CA, 90010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.24  Nonpriority creditor's name and mailing address**

DELUXE
PO BOX 742572

CINCINNATI, OH, 45274-2572

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 547.84

---

**3.25  Nonpriority creditor's name and mailing address**

DIVERSITY LAW GROUP
515 SOUTH FIGUEROA ST
STE 1250
LOS ANGELES, CA, 90071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16,589.87

---

**3.26  Nonpriority creditor's name and mailing address**

DMV
12645 BEACH BLVD

STANTON, CA, 90680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,469.00

---

| Debtor | | Case number (if known) 8:19-bk-10941-CB |
|---|---|---|
| | Name | |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.27**  **Nonpriority creditor's name and mailing address**

ESCOBAR AURELIO
C/O ARMOND M JACKSON
2 VENTURE PLZ STE 240
IRVINE, CA, 92618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation: Case #30-2018-00979111

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ Unknown

---

**3.28**  **Nonpriority creditor's name and mailing address**

ESCOBAR AURELIO
C/O ARMOND M JACKSON
2 VENTURE PLZ STE 240
IRVINE, CA, 92618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation: Case #30-2018-01018964

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ Unknown

---

**3.29**  **Nonpriority creditor's name and mailing address**

EWOO CO
636-3 IDONG KOO-RI
SOHOL-EUB POCHEON-SI
GYEONGGI-DO, SOUTH KOREA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ Unknown

---

**3.30**  **Nonpriority creditor's name and mailing address**

F AND F KNITTING MILLS
4291 BANDINI BLVD

VERNON, CA, 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ Unknown

---

**3.31**  **Nonpriority creditor's name and mailing address**

FAMVANS
10870 Kalama River Ave

Fountain Valley, CA, 92708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 0.00

---

| Debtor | | Case number (if known) 8:19-bk-10941-CB |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.**32** Nonpriority creditor's name and mailing address

FEDEX
5930 CORPORATE AVE

CYPRESS, CA, 90630

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,520.11

---

3.**33** Nonpriority creditor's name and mailing address

FERRARO SPA
VIA BUSTO ARSIZIO 120

LONATE POZZOLO VA, LA, 21015

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,096.80

---

3.**34** Nonpriority creditor's name and mailing address

FRONTIER SPINNING MILLS
1823 BOONE TRAIL RD

SANFORD, NC, 27330

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 103,067.60

---

3.**35** Nonpriority creditor's name and mailing address

GENCORE TRADING
1577 W 132ND ST

GARDENA, CA, 90249

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 14,468.96

---

3.**36** Nonpriority creditor's name and mailing address

GO TEXTILE
841 S SAN PEDRO ST

LOS ANGELES, CA, 90014

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 409.67

---

| Debtor | _____ | Case number *(if known)* 8:19-bk-10941-CB |
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

GOODS TEXTILE
1577 W 132ND ST

GARDENA, CA, 90249

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 339.50

---

**3.38** Nonpriority creditor's name and mailing address

GREENBERG AND BASS LLP
16000 VENTURA BLVD
STE 1000
ENCINO, CA, 91436

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9,772.33

---

**3.39** Nonpriority creditor's name and mailing address

HILOTEX
1614 W 207TH ST

TORRANCE, CA, 90501

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.40** Nonpriority creditor's name and mailing address

HOME DEPOT CREDIT SERV
PO Box 790345
St Louis, MO, 63179

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  0302

$ 13,528.11

---

**3.41** Nonpriority creditor's name and mailing address

HUB CITY
3435 WILSHIRE BLVD #3000

LOS ANGELES, CA, 90010

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

| Debtor | | Case number (if known) 8:19-bk-10941-CB |
|---|---|---|
| | Name | |

**Part 2: | Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 42  **Nonpriority creditor's name and mailing address**

INTEGRATED DATA SOLUTION
3227 PRODUCER WAY
STE 119
POMONA, CA, 91768

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 43  **Nonpriority creditor's name and mailing address**

INTER PACIFIC EQUIPMENT
740 S LOS ANGELES ST #204

LOS ANGELES, CA, 90015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 44  **Nonpriority creditor's name and mailing address**

JAMAS
PO BOX 845402

LOS ANGELES, CA, 90084

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,100.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 45  **Nonpriority creditor's name and mailing address**

JK KING
PO BOX 160

WHITSETT, NC, 27377

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 46  **Nonpriority creditor's name and mailing address**

JOHN'S KNITTING INC
1701 W ROSECRANS AVE

GARDENA, CA, 90249

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,585.65

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor _____    Case number (if known) 8:19-bk-10941-CB
    Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 47    **Nonpriority creditor's name and mailing address**

KERN-LIEBERS USA TEXTILE INC
PO BOX 519

MATTEWS, NC, 28106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,864.38

Date or dates debt was incurred     _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 48    **Nonpriority creditor's name and mailing address**

KIM KYU HONG
3435 WILSHIRE BLVD #1970

LOS ANGELES, CA, 90010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

Date or dates debt was incurred     _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 49    **Nonpriority creditor's name and mailing address**

KIM TAEHO
1584 AVENIDA SELVA

FULLERTON, CA, 92833

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Expense Reimbursement

$ 22,757.66

Date or dates debt was incurred     _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 50    **Nonpriority creditor's name and mailing address**

LAKHANY AMIN
521 ELKWOOD CT

BREA, CA, 92821

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 188.40

Date or dates debt was incurred     _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 51    **Nonpriority creditor's name and mailing address**

LEKOS DYE AND FINISHING INC
3131 HARCOURT ST

RANCHO DOMINGUEZ, CA, 90221

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,169.33

Date or dates debt was incurred     _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.52** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL INSURANCE
100 LIBERTY WAY

DOVER, NH, 03820

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,548.00

---

**3.53** **Nonpriority creditor's name and mailing address**

M AND K METAL CO
14400 S FIGUEROA ST

GARDENA, CA, 90248

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,774.88

---

**3.54** **Nonpriority creditor's name and mailing address**

M-TEX CO
249 W 131 ST ST

LOS ANGELES, CA, 90061

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.55** **Nonpriority creditor's name and mailing address**

MAMMIS MARKET
1429 CHERRY AVE

LONG BEACH, CA, 90813

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.56** **Nonpriority creditor's name and mailing address**

MARIO CROSTA
CORSO SEMPIONE 67
21052 BUSTO
ARSIZIO VA, LA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

| Debtor | | | Case number *(if known)* | 8:19-bk-10941-CB |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.57  Nonpriority creditor's name and mailing address**

MCMASTER-CARR
PO Box 7690

Chicago, IL, 60680

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,237.60

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.58  Nonpriority creditor's name and mailing address**

MEASUREMENT CONTROL SYSTEMS
1331 S Lyon St

Santa Ana, CA, 90007

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,120.81

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.59  Nonpriority creditor's name and mailing address**

MONARCH KNITTING MACHINERY CORP
PO BOX 5009

MONROE, NC, 28111-5009

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 834.17

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.60  Nonpriority creditor's name and mailing address**

MOP SUPPLY INC
PO Box 73275
San Clemente, CA, 92673

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.61  Nonpriority creditor's name and mailing address**

NEEDLE USA
1931 E DEL AMO BLVD

RANCHO DOMINGUEZ, CA, 90220

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | _____ | Case number _(if known)_ _____ |
|--------|-------------|-------------|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.62** Nonpriority creditor's name and mailing address

NEMAN BROTHERS AND ASSOCIATES INC
1525 S BROADWAY ST

LOS ANGELES, CA, 90015

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 154,539.40

---

**3.63** Nonpriority creditor's name and mailing address

NORTHGATE GONZALEZ FINANCIAL LLC
PO BOX 15539

ANAHEIM, CA, 92803

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 25.00

---

**3.64** Nonpriority creditor's name and mailing address

OHIO RACK INC
PO BOX 3517 1405 S LIBERTY AVE

ALLIANCE, OH, 44601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ Unknown

---

**3.65** Nonpriority creditor's name and mailing address

ORANGE COUNTY SANITATION DISTRICT
10844 ELLIS AVE

FOUNTAIN VALLEY, CA, 92708

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 126,542.07

---

**3.66** Nonpriority creditor's name and mailing address

OSCAR QUINTANA
210 W WALNUT

COMPTON, CA, 90220

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ Unknown

---

| Debtor | | Case number *(if known)* | 8:19-bk-10941-CB |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ Unknown |
|---|---|---|---|

OTI RIGGING AND MACHINERY MOVING INC
PO BOX 1598

GARDENA, CA, 90249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.68 | **Nonpriority creditor's name and mailing address** | | $ 440,788.29 |
|---|---|---|---|

PACIFIC SOURCING GROUP
5717 FERGUSON DR

COMMERCE, CA, 90022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.69 | **Nonpriority creditor's name and mailing address** | | $ 2,255.24 |
|---|---|---|---|

PACK EUN YOUNG
13090 SYCAMORE VLG DR

NORWALK, CA, 90650

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Expense Reimbursement

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.70 | **Nonpriority creditor's name and mailing address** | | $ 45,376.65 |
|---|---|---|---|

PARK ANNIE E
1025 DEWEY AVE 304

LOS ANGELES, CA, 90006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Expense Reimbursement

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address** | | $ 4,945.73 |
|---|---|---|---|

PUMPING SOLUTIONS INC
1906 S QUAKER RIDGE PL

ONTARIO, CA, 91761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | _____ | Case number _(if known)_ _____ |
|---|---|---|
| | Name | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.72** Nonpriority creditor's name and mailing address

QUAKER TRANSPORTATION INC
1851 CHARTER LN
STE 101
LANCASTER, PA, 17601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 17,330.00

---

**3.73** Nonpriority creditor's name and mailing address

RAMIREZ BUTCH
100 Loma Ave #402
Long Beach, CA, 90803

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.74** Nonpriority creditor's name and mailing address

RECON
1927 5TH AVE

SAN DIEGO, CA, 92101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 9,481.00

---

**3.75** Nonpriority creditor's name and mailing address

RIVER ROLL OFF SVC
8632 CALABASH AVE

FONTANA, CA, 92335

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,400.00

---

**3.76** Nonpriority creditor's name and mailing address

SKY EXPRESS WORLD COURIER INC
1407 PALOMA ST

LOS ANGELES, CA, 90021

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,552.05

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.⁷⁷ Nonpriority creditor's name and mailing address**

SOCALGAS
12631 MONARCH ST

GARDEN GROVE, CA, 92841

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 307,522.11

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.⁷⁸ Nonpriority creditor's name and mailing address**

SOLUENT INC
751 S WEIR CANYON RD
UNIT 157-126
ANAHEIM, CA, 92808

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 300.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.⁷⁹ Nonpriority creditor's name and mailing address**

SOUTH COAST AQMD
PO BOX 4943

DIAMOND BAR, CA, 91765-0943

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 9,186.76

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.⁸⁰ Nonpriority creditor's name and mailing address**

SOUTHERN CALIFORNIA EDISON
2244 WALNUT GROVE AVE

ROSEMEAD, CA, 91770

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 112,442.95

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.⁸¹ Nonpriority creditor's name and mailing address**

T-MOBILE
12921 SE 38TH

BELLEVUE, WA, 98006

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,073.28

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | | Case number *(if known)* | 8:19-bk-10941-CB |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

3.<u>82</u>  **Nonpriority creditor's name and mailing address**

UPS
PO Box 894820

Los Angeles, CA, 90189

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 158.56

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor _____    Case number _(if known)_ _____
      Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Dean G Rallis Jr<br>Anglin Flewelling Rasmussen et al<br>301 N Lake Ave Ste 1100<br>Pasadena, CA, 91101-4158 | Line 3.65<br>☐ Not listed. Explain: | _____ |
| 4.2. | Lorraine Anderson<br>2728 W 176th St<br>Torrance, CA, 90504 | Line 3.4<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor _____ Case number (if known) _____
       Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 132,824.50 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 7,676,374.60 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 7,809,199.10 |

**Fill in this information to identify the case:**

Debtor name __Broncs, Inc.__

United States Bankruptcy Court for the: __Central District of California__

Case number (If known): __8:19-bk-10941-CB__    Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest: Water cooler lease / Lessee | COWAY USA INC<br>4221 Wilshire Blvd #210<br>Los Angeles, CA, 90010 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest: Equipment Leases: Forklifts and Pallet Jacks / Lessee | TOYOTA FINANCIAL<br>8951 CYPRESS WATERS BLVD #300<br><br>COPPELL, TX, 75019 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest: Insurance / Purchaser | LIBERTY MUTUAL INSURANCE<br>100 Liberty Way<br>Dover, NH, 03820 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest: Security Agreement/Term Note / Purchaser | CAPITAL EQUIPMENT SOLUTIONS LLC<br>5480 Corporate Dr Ste 350<br><br>Troy, MI, 48098 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest: Loan / Purchaser | MANTIS FUNDING LLC<br>64 BEAVER ST #344<br><br>NEW YORK, NY, 10004 |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | Broncs, Inc. | | Case number *(if known)* | 8:19-bk-10941-CB |
|---|---|---|---|---|
| | Name | | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number o any government contract** | Loan Purchaser | YELLOWSTONE CAPITAL WEST LLC <br> 116 NASSAU ST STE 804 <br><br> NEW YORK, NY, 10038 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Equip Agreement # 784220 Lessee | TRITON CAPITAL <br> 1660 HOTEL CIR N STE 215 <br><br> SAN DIEGO, CA, 92108 |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Equip Lease: Ferraro EasyComptex FV 1500 shrinking machine Lessee | TECHNOLOGY FINANCE CORPORATION <br> 7077 EAST MARILYN RD STE 125 <br><br> SCOTTSDALE, AZ, 85254 |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Equip Lease: Agmt #10-015915 Used Vanguard Needles Lessor | STRADA CAPITAL CORP <br> 23046 AVENIDA DE LA CARLOTA STE 350 <br> LAGUNA HILLS, CA, 92653 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Equip Lease: 2007 Genie articulated boom lift; Kubota RTV 900 Lessee | STRADA CAPITAL CORP <br> 23046 AVENIDA DE LA CARLOTA STE 350 <br> LAGUNA HILLS, CA, 92653 |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Equip Lease: 2 Slitter machines Lessee | STEARNS BANK NA / EQUIPMENT FINANCE DIV <br> 500 13TH ST, PO BOX 750 <br><br> ALBANY, MN, 56307 |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Equip Lease: 6 Toyota BHBW23 Forklift Trucks; Agmt #40640762 Lessee | SOUTHWEST TOYOTA LIFT <br> PO BOX 1070 <br> 3725 NOBEL CT <br> MIRA LOMA, CA, 91752 |

| Debtor | Broncs, Inc. | Case number *(if known)* | 8:19-bk-10941-CB |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number o any government contract** | Equip Lease: Lafer Open width compactor Model KSA500<br>Lessee | PROVIDENCE CAPITAL FUNDING<br>145 BLACKBURN ST<br>York, SC, 29745 |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Equip Lease: Lafer Open width compactor Model KSA 500<br>Lessee | PAWNEE LEASING CORP<br>3801 AUTOMATION WAY STE 207<br>FORT COLLINS, CO, 80525 |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Assignee of Bldg Leases 12629 Pala Dr, 12601/12641 Industry St<br>Lessee | LIBERTY PROPERTY LTD PTNSHP<br>650 E SWEDESFORD RD STE 400<br><br>WAYNE, PA, 19087 |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Equip Lease: Auto Lab SPS<br>Lessee | LCA BANK CORPORATION/STRADA CAPITAL CORP<br>23046 AVENIDA DE LA CARLOTA STE 350<br>LAGUNA HILLS, CA, 92653 |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Loan<br>Purchaser | KNIGHT CAPITAL FUNDING<br>9 E LOOCKERMAN ST STE 202-543<br><br>DOVER, DE, 19901 |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Equip Lease: Ferraro EasyComptex FV 1500 shrinking machine<br>Lessee | KEY EQUIPMENT FINANCE<br>7077 E MARILYN RD STE 125<br><br>SCOTTSDALE, AZ, 85254 |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Equip Lease: Double drum MC20/24 raising machine<br>Lessee | INTERNATIONAL FINANCIAL SVC CORP<br>1113 S MILWAUKEE AVE STE 301<br><br>LIBERTYVILLE, IL, 60048 |

| Debtor | Broncs, Inc. | Case number *(if known)* | 8:19-bk-10941-CB |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Equip Lease: TMT computer color kitchen/auto actual system Lessee | HUNTINGTON TECHNOLOGY FINANCE INC 2285 FRANKLIN RD<br><br>BLOOMFIELD HILLS, MI, 48302 |
| | State the term remaining | | |
| | List the contract number o any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Equip Lease: Superslit slitting line roller w/MM 2600 arm Lessee | HUNTINGTON TECHNOLOGY FINANCE INC 2285 FRANKLIN RD<br><br>BLOOMFIELD HILLS, MI, 48302 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Equip Lease: Dual flow high pressure rapid drying machine Lessee | HITACHI CAPITAL AMERICA CORP 7808 CREEKRIDGE CIR STE 250<br><br>EDINA, MN, 55439 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Master Factoring/Security Agreement Purchaser | HAPPY ROCK MERCHANT SOLUTIONS LLC dba GoCAP FINANCIAL 149 WEST 36TH ST, 12TH FLOOR NEW YORK, NY, 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Equip Lease: Tubetex Rfg Napping/Raising machine Lessee | FINANCIAL PACIFIC LEASING INC 3455 S 344TH WAY STE 300<br><br>FEDERAL WAY, WA, 98063 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Equip Lease: Lafer Open width compactor; Model KSA 500 Lessee | FINANCIAL PACIFIC LEASING INC 3455 S 344TH WAY STE 300<br><br>FEDERAL WAY, WA, 98063 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Equip Lease: Compacting machine mod Comptex revolution 2500 Lessee | DIRECT CAPITAL 155 COMMERCE WAY<br><br>PORTSMOUTH, NH, 03801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Broncs, Inc. | Case number *(if known)* | 8:19-bk-10941-CB |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number o any government contract | Equip Lease: PTT200 Set making machine<br>Lessee | CRESTMARK EQUIPMENT FINANCE<br>40950 WOODWARD AVE STE 201<br><br>BLOOMFIELD HILLS, MI, 48304-5127 |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Equip Lease: Textile Machine, 2 rope opening/slitting line<br>Lessee | ASCENTIUM CAPITAL LLC<br>23970 HWY 59 N<br><br>HUMBLE, TX, 77339 |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Equip Lease: N 1 Superslit slitting line No 4 and accessories<br>Lessee | AMUR EQUIPMENT FINANCE<br>308 N LOCUST ST STE 100<br>Grand Island, NE, 68801 |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Equp Lease: Sames SS-SI-T Single Jersey Machine S/N F-001137<br>Lessee | AMERICAN CAPITAL GROUP, INC.<br>23382 MILL CREEK DR STE 115<br><br>LAGUNA HILLS, CA, 92653 |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Equip Lease: Sames SS-SI.5; Single Jersey Machine<br>Lessee | AMERICAN CAPITAL GROUP INC<br>23382 MILL CREEK DR<br>STE 115<br>LAGUNA HILLS, CA, 92653 |
| 2.___ | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |
| 2.___ | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __Broncs, Inc.__

United States Bankruptcy Court for the: __Central District of California__

Case number (If known): __8:19-bk-10941-CB__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Joel P Chun | Joel P Chun<br>12691 Pala Dr<br>Garden Grove, CA, 92841 | FINANCIAL PACIFIC LEA | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Joel P Chun | Joel P Chun<br>12691 Pala Dr<br>Garden Grove, CA, 92841 | ASCENTIUM CAPITAL LL | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Joel P Chun | Joel P Chun<br>12691 Pala Dr<br>Garden Grove, CA, 92841 | TECHNOLOGY FINANCE | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | Codi Sheridan, Inc | Codi Sheridan, Inc.<br>12691 Pala Drive<br>Garden Grove, CA, 92841 | YELLOWSTONE CAPITA | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | WesCoast Textiles | WesCoast Textiles, Inc.<br>12691 Pala Dr<br>Garden Grove, CA, 92841 | HAPPY ROCK MERCHAN | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Codi Sheridan, Inc | Codi Sheridan, Inc.<br>12691 Pala Drive<br>Garden Grove, CA, 92841 | CAPITAL EQUIPMENT S( | ☑ D<br>☐ E/F<br>☐ G |

Debtor    Broncs, Inc.
_____    Case number (if known)  8:19-bk-10941-CB
Name

| | Additional Page if Debtor Has More Codebtors |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7 | WesCoast Textiles | WesCoast Textiles, Inc.<br>12691 Pala Dr<br>Garden Grove, CA, 92841 | HUNTINGTON TECHNOL | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | WesCoast Textiles | WesCoast Textiles, Inc.<br>12691 Pala Dr<br>Garden Grove, CA, 92841 | ASCENTIUM CAPITAL LI | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | WesCoast Textiles | WesCoast Textiles, Inc.<br>12691 Pala Dr<br>Garden Grove, CA, 92841 | YELLOWSTONE CAPITA | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | WesCoast Textiles | WesCoast Textiles, Inc.<br>12691 Pala Dr<br>Garden Grove, CA, 92841 | CAPITAL EQUIPMENT S | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 | Joel P Chun | Joel P Chun<br>12691 Pala Dr<br>Garden Grove, CA, 92841 | STRADA CAPITAL CORF | ☑ D<br>☐ E/F<br>☐ G |
| 2.12 | Joel P Chun | Joel P Chun<br>12691 Pala Dr<br>Garden Grove, CA, 92841 | STEARNS BANK NA / EC | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 | Joel P Chun | Joel P Chun<br>12691 Pala Dr<br>Garden Grove, CA, 92841 | KEY EQUIPMENT FINAN | ☑ D<br>☐ E/F<br>☐ G |
| 2.14 | Joel P Chun | Joel P Chun<br>12691 Pala Dr<br>Garden Grove, CA, 92841 | PAWNEE LEASING COR | ☑ D<br>☐ E/F<br>☐ G |

Debtor    Broncs, Inc.
_____
Name

Case number (if known)    8:19-bk-10941-CB
_____

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.15 Joel P Chun | Joel P Chun 12691 Pala Dr Garden Grove, CA, 92841 | STRADA CAPITAL CORP | ☑ D ☐ E/F ☐ G |
| 2.16 Joel P Chun | Joel P Chun 12691 Pala Dr Garden Grove, CA, 92841 | CAPITAL EQUIPMENT S | ☑ D ☐ E/F ☐ G |
| 2.17 Joel P Chun | Joel P Chun 12691 Pala Dr Garden Grove, CA, 92841 | HAPPY ROCK MERCHAI | ☑ D ☐ E/F ☐ G |
| 2.18 Joel P Chun | Joel P Chun 12691 Pala Dr Garden Grove, CA, 92841 | LCA BANK CORPORATI( | ☑ D ☐ E/F ☐ G |
| 2.19 Joel P Chun | Joel P Chun 12691 Pala Dr Garden Grove, CA, 92841 | YELLOWSTONE CAPITA | ☑ D ☐ E/F ☐ G |
| 2.20 Joel P Chun | Joel P Chun 12691 Pala Dr Garden Grove, CA, 92841 | KNIGHT CAPITAL FUND | ☑ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name _Broncs, Inc._

United States Bankruptcy Court for the: _Central District of California_

Case number (*If known*): _8:19-bk-10941-CB_

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _04/15/2019_          ✗ _____
　　　　　　　 MM / DD / YYYY             Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　 Printed name

　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　 Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**